STATE OF NEW JERSEY v. JUAN RAMOS.

November 16, 1976. Petition for certification denied.

ELIZABETH HAMMETT v. BOARD OF CHOSEN FREEHOLD-
ERS OF THE COUNTY OF BURLINGTON.

November 16, 1976. Petition for certification denied.

ELIZABETH HAMMETT v. BOARD OF CHOSEN FREEHOLD-
ERS OF THE COUNTY OF BURLINGTON.

November 16, 1976. Cross-Petition for certification denied.

HENRY BUTLER v. BOARD OF EDUCATION OF JERSEY
CITY, HUDSON COUNTY.

November 16, 1976. Petition for certification denied.

JOHN T. COUNCIL v. UNIROYAL, INC.

November 16, 1976. Petition for certification denied.

JOSHWAY SMALL v.
UNITED STATES STEEL CORPORATION.

November 16, 1976. Petition for certification denied.